**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

In re:

PAUL CANNIFF GRAY,                                    Case No. 08-72353-SCS
                                                      Chapter 7
            Debtor.

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Sunbridge Capital<br>4350 Shawnee Mission Pkwy<br>Suite 300<br>Fairway, KS  66205 | $430.12 |

Dated: February 12, 2010              /s/ Charles L. Marcus
                                      Charles L. Marcus, Trustee
                                      VSB #7020

Charles L. Marcus, Trustee
580 East Main Street, Suite 300
Norfolk, VA  23510
(757) 622-9005

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was sent by first class, postage paid mail on February 12, 2010 to the Office of the U.S. Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA  23510.

                                      /s/ Charles L. Marcus
                                      Charles L. Marcus, Trustee